<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

─────────────

**No. 11-6862**

─────────────

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

NIGEL NICHOLAS DOUGLAS, a/k/a Junior,

     Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:93-cr-00131-HCM-7)

─────────────

Submitted: November 17, 2011   Decided: November 23, 2011

─────────────

Before KING, DAVIS, and WYNN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Nigel Nicholas Douglas, Appellant Pro Se. Kevin Michael Comstock, Robert Joseph Seidel, Jr., Assistant United States Attorneys, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nigel Nicholas Douglas appeals the district court's order dismissing what it construed as a duplicate of his initial 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2011) motion for sentence modification. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Douglas, No. 2:93-cr-00131-HCM-7 (E.D. Va. May 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED